

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL NO. 3:21-CR- 51(CAR) |
| | : |
| DAMION RASHUN MOSLEY, | : VIOLATION(S): |
| | : 18 U.S.C. § 922(o) |
| Defendant. | : 18 U.S.C. § 924(a)(2) |
| | : 18 U.S.C. § 922(g)(1) |
| | : 18 U.S.C. § 924(d)(1) |
| | : 28 U.S.C. § 2461(c) |
| | : |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(ILLEGAL POSSESSION OF A MACHINE GUN)

That on or about September 9, 2021, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**DAMION RASHUN MOSLEY,**

defendant herein, did knowingly possess a machinegun, to wit: one (1) DPMS Inc., Model: A15, .223 caliber rifle, Serial Number: FFH311858, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

<u>COUNT TWO</u>
(POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about September 9, 2021, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**DAMION RASHUN MOSLEY,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate and foreign commerce, to wit: one (1) Glock, Model: 19X, 9mm caliber pistol, Serial Number: BTED590; and

one (1) DPMS Inc., Model: A15, .223 caliber rifle, Serial Number: FFH311858; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(o), 922(g)(1), and 924(a)(2) set forth in Counts One and Two of this Indictment, the defendant,

**DAMION RASHUN MOSLEY,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to the following: one (1) DPMS Inc., Model: A15, .223 caliber rifle, Serial Number: FFH311858.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon exercise of due diligence;

    (b)    has been transferred, sold to or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

MICHAEL D. MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14 day of December, 2021.

Deputy Clerk

3