IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 3:21-cr-51 (CAR) |
| DAMION RASHUN MOSELY, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

Before the Court is Defendant Damion Rashun Mosely's Consent Motion to Modify Bail. (Doc. 21). Defendant was arraigned on January 24, 2022, and the Court entered an order setting conditions of release and appearance bond, allowing Defendant to be released upon posting a bond of $25,000 with a ten percent security. Defendant represents that he does not have the financial means to post the required security.

For good cause shown, Defendant's motion is **GRANTED**, and the Order Setting Conditions of Release (Doc. 14) is hereby **MODIFIED** to allow Defendant to be released on an <u>unsecured bond</u> of $25,000. Because no security is required, Defendant may be released immediately. All other conditions of release, as set forth in the original order, shall remain in effect.

**SO ORDERED**, this 7th day of March, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge